**Order entered February 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01494-CV

**DAVID RANDALL POTTS AND RICHWATER HOLDINGS, LP, Appellants**

**V.**

**WHOF LENDING I, LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09270**

## ORDER

By letter dated January 18, 2019, appellee requested a supplemental clerk's record. As of today's date, the supplemental record has not been filed. Accordingly, on the Court's own motion, we **ORDER** Dallas County District Clerk Felicia Pitre to file, by **February 11, 2019**, a supplemental clerk's record containing "Plaintiff's Response to Defendant's TCPR Motion to Dismiss" filed on October 22, 2018.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre and all parties.

/s/    BILL WHITEHILL
        JUSTICE